| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Jeremiah Smith<br>Special Agent: Austin Dawn | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
Jamar McKissic

Case No.

Case: 2:25−mj−30729
Assigned To : Unassigned
Assign. Date : 11/26/2025
Description: RE: JAMAR MCKISSIC (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 26, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of a firearm not registered in the National Firearms Registration |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Austin Dawn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Judge's signature

Date: November 26, 2025

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Austin Dawn, being first duly sworn, hereby state:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and began my tenure on November 05, 2023. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"), which was established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the Eastern District of Michigan. As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, and firearms trafficking.

1

2. During my employment with ATF, I have participated in investigations of criminal violations relating to firearms, violent crime, and controlled substances. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various investigative methods, including electronic surveillance, visual surveillance, and search warrants.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF and the Detroit Police Department ("DPD") are investigating Jamar MCKISSIC ("MCKISSIC") (DOB: XX/XX/2006) for violating 26 U.S.C § 5861(d) (possession of a firearm not registered in the National Firearms Registration).

## PROBABLE CAUSE

5.     On November 19, 2025, I obtained a federal search warrant authorized by Magistrate Judge Grand to search MCKISSIC's residence, that is in the Eastern District of Michigan, for evidence of an August 2025 carjacking.

6.     On November 26, 2025, ATF agents and DPD officers executed a federal search warrant at MCKISSIC'S home. MCKISSIC was located inside the residence. In the home's basement, law enforcement found a backpack that included documents belonging to MCKISSIC.

7.     Additionally, police found four firearms in the home. An AK-47 style pistol was located in the egress window attached to the basement. An Any Other Weapon (AOW) was found in a second-floor center, upstairs bedroom underneath a bed (Image 1).

Image 1



## POST-MIRANDA INTERVIEW WITH MCKISSIC

8. On November 26, 2025, Special Agent Kenton Weston and I interviewed MCKISSIC at an ATF facility in Detroit, MI. We provided MCKISSIC his Miranda rights. MCKISSIC waived his rights and agreed to speak with agents. MCKISSIC explained that he typically sleeps in the center upstairs bedroom, where the AOW (Image 1) was found. MCKISSIC denied ownership of the recovered AOW.

9. ATF Industry Operations Investigator Karen Sharpe conducted a search of ATF Firearms Licensing System (FLS) which maintains all records of National Firearms Act (NFA) weapons (AOW, MCDs, machine guns, etc.) legally documented with the ATF. MCKISSIC has no registered or recognized licenses to possess, manufacture, and or sell these types of firearms. Meaning MCKISSIC is not authorized to possess NFA weapons which include machine guns, MCDs, and AOWs.

## CONCLUSION

10. There is probable cause to believe that on or about November 26, 2025, within the Eastern District of Michigan, Jamar MCIKISSIC, knowingly committed violations of 26 U.S.C § 5861(d) (possession of a firearm not registered in the National Firearms Registration).

Respectfully submitted,

_____
Austin Dawn, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. David R. Gand
United States Magistrate Judge

Date:   November 26, 2025

5